19938—State of Ohio ex rel John Hardin v. same, same. Same attys.

19939—State of Ohio ex rel George Cred v. same, same. Same attys.

19940—A. G. Stoltz exctr v. Wallace L. Monnett; motion for Crawford Appeals to certify. Gallinger & McCarren, Bucyrus, for pltf; R. V. Sears, O. W. Kennedy, Bucyrus, for deft.

19941—Leona Estella Seeds et v. James William Seeds et; motion for Franklin Appeals to certify. M. L. Bigger, Columbus, for pltfs; Vorys, Sater, Seymour & Pease, Columbus, for defts.

### JUNE 29, 1926

19942—N. Saba, Admr. v. Cleveland Trust Co. et; motion for Cuyahoga Appeals to certify. Sanders, Monahan & Sanders, Cleveland, for pltf; Mooney, McCormick, Roth & Pollock; Sawyer, Cummings & Sawyer; F. K. Pickering, Cleveland, for deft.

### JUNE 30, 1926

19943—Alphonse B. Caldwell et v. The State of Ohio; motion for Franklin Appeals to certify. C. M. Leslie and C. M. Smith, Cincinnati, for pltf; C. C. Crabbe and W. E. Benoy, Columbus, for deft.

19944—Clemmer-Johnson Co. v. J. E. Moss Iron Works et; motion for Summit Appeals to certify. May & May, and Whittemore & Motz, Akron, for pltf; Cummins, Brouse, Englebeck & McDonald, Akron, for defts.

19945—Anthony Yanukenas v. Fred Kohler, Sheriff of Cuyahoga County; motion for Cuyahoga Appeals to certify. J. H. Mellen and Louis Barnes, Cleveland, for pltf; E.C. Stanton and H. E. Parsons, Cleveland, for deft.

### JULY 1, 1926

19946—National Liberty Ins. Co. v. Sturtevant & Jones Co.; motion for Lucas Appeals to certify. Doyle & Lewis, Toledo, and Mooney, Bibbee & Edmonds, Columbus, for pltf; Kirkbrick, McCabe & Boesel, Toledo, for defts.

19947—William Clark v. State of Ohio; motion for leave to file petition in error to the Sandusky Appeals. A. Kreisberg, Cleveland, for pltf; G. C. Sheffler, Fremont, for deft.

19948—Improved Home Telephone Co. v. Elmer L. Horn et; motion for Tuscarawas Appeals to certify. Seikel & Hill, Dover, for pltf; Mitchell & Mitchell and Milken, Fersell & Fisher, New Philadelphia, for deft.

### JULY 2, 1926

19949—Alice P. Penfield v. Reichlin Reedy, Scanlon Co.; motion for Lordin Appeals to certify. L. A. Tucker and Bayley, Lawrence & Beach, Cleveland, for pltf; Glitsch & Stack, Lorain, for defts.

### JULY 5, 1926

19950—Levinson Bros. Co. v. William Howard Jackson; motion for Hamilton Appeals to certify. S. M. Johnson and H. Bolsinger, Cincinnati, for pltf; F. P. Woodward, Cincinnati, for deft.

19951—Joseph Schickling v. Post Publishing Co.; record certified for review and final determination by Hamilton Appeals. A. Pfau, Cincinnati, for pltf; Harmon, Colston, Goldsmith & Hoadly, Cincinnati, for deft.

### JULY 6, 1926

19952—State of Ohio ex rel Gilbert Morgan et v. Industrial Commission of Ohio; in mandamus. G. Morgan, Cleveland, for pltfs; C. C. Crabbe and R. R. Zurmehley, Columbus, for deft.

19953—Sam Finkleman v. State of Ohio; motion for Butler Appeals to certify. C. D. Boyd and Robt. McCurrey, Middletown, for pltf; H. S. Wonnell and P. P. Boli, Hamilton, for deft.

19954—R. L. Craig v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. B. F. Miller, Columbus, and Deaton & Bodey, Urbana, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19955—Alma C. Goodman v. Roy A. Gerstle; motion for Trumbull Appeals to certify. G. B. Dilley and I. G. Matthews, Youngstown, for pltf; W. P. Barnum and M. M. Guntefinger, Youngstown, for deft.

19956—Kathryn Green v. G. W. Morrison; motion for Pickaway Appeals to certify. M. L. Bigger, Columbus, and C. A. Leist, Circleville, for pltf; Chas. Gearheart, Circleville, for deft.

19957—Frank B. Losee v. Edward H. Krieger; motion for Lucas Appeals to certify. Thatcher and Meek, Toledo, for pltf; Fraser, Heatt, Wall & Effler, Toledo, for deft.

### JULY 7, 1926

19958—Hocking Valley Ry. Co. v. W. M. Rose; motion for Gallia Appeals to certify. Wilson & Rector, F. C. Amos, Columbus, and H. C. Johnston, Gallipolis, for pltf; R. M. Sweetzer, Gallipolis, for deft.

### JULY 8, 1926

19959—Mary S. Clark v. Midland Bank; motion for Cuyahoga Appeals to certify. C. S. Bentley, Cleveland, for pltf; Baker, Hostetler & Sidlo, Cleveland, for deft.

19960—Fred Kohler, Sheriff of Cuyahoga county, v. Homer G. Powell et; motion for Cuyahoga Appeals to certify. Tolles, Hogsett, Ginn & Morley, Cleveland, for pltf; E. C. Stanton and W. H. Boyd, Cleveland, for deft.

19961—State of Ohio ex rel Fred Kohler, Sheriff of Cuyahoga county v. Homer G. Powell et; error to the Cuyahoga Appeals. Tolles, Hogsett, Ginn & Morley, Cleveland, for pltf; E. C. Stanton and W. H. Boyd, Cleveland, for defts.

19962—Cleveland Builders Supply & Brick Co. v. Village of Garfield Heights; motion for Cuyahoga Appeals to certify. Griswold, Green, Palmer & Hadden; Tolles, Hogsett, Ginn & Morley, Cleveland, for pltfs; J. B. Keenan; Price, Graves & Potter, Cleveland, for deft.

19963—Helen Haas v. Cleveland Ry. Co.; motion for Cuyahoga Appeals to certify. Bernon, Mulligan, Keeley and Le Fever, Cleveland, for pltf; Squire, Sanders & Dempsey, Cleveland, for deft.

### JULY 10, 1926

19964—George H. Hayes v. Egbert Dena Hayes; motion for Cuyahoga Appeals to certify. W. Kern and E. W. Dissette, Cleveland, for pltf; Clark & Costello, Cleveland, for deft.